

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 25 2015

TYLER, TEXAS
PAM ESTES, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**11/24/2015**
**LEE, FREDERICK DESHUN    Tr. Ct. No. 31727**

**COA No. 12-15-00183-CR**
**PD-1528-15**

The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *